**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

**Business Advantage**

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

LERAE TOWERS II LLC
5614 CONNECTICUT AVE NW PMB 134
WASHINGTON, DC  20015-2604

## Your Business Advantage Fundamentals™ Banking

for June 1, 2023 to June 30, 2023                                              Account number: 4835
**LERAE TOWERS II LLC**

## Account summary

| | |
|---|---|
| Beginning balance on June 1, 2023 | $1,594.24 |
| Deposits and other credits | 15,092.80 |
| Withdrawals and other debits | -0.00 |
| Checks | -10,645.00 |
| Service fees | -16.00 |
| **Ending balance on June 30, 2023** | **$6,026.04** |

# of deposits/credits: 2
# of withdrawals/debits: 4
# of items-previous cycle[1]: 3
# of days in cycle: 30
Average ledger balance: $8,136.47

[1]*Includes checks paid, deposited items and other debits*

BUSINESS ADVANTAGE

### View your key business metrics all in one place.

Track the trends that matter most to your business, from cash flow and expense management to accounting and payroll data, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-08-22-0108.B  |  4878895

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# BANK OF AMERICA

## Your checking account

LERAE TOWERS II LLC  |  Account # 4835  |  June 1, 2023 to June 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 06/05/23 | GREATER WASHINGT DES:RENTAL PAY ID:XXXXXXXXX  INDN:LERAE TOWERS II LLC   CO ID:1530208981 CCD | 2,520.00 |
| 06/16/23 | GREATER WASHINGT DES:RENTAL PAY ID:XXXXXXXXX  INDN:LERAE TOWERS II LLC   CO ID:1530208981 CCD | 12,572.80 |

**Total deposits and other credits** — **$15,092.80**

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 06/22/23 | 1019 | -525.00 | 06/26/23 | 1021 | -10,000.00 |
| 06/09/23 | 1020 | -120.00 | | | |

**Total checks** — **-$10,645.00**
**Total # of checks** — **3**

## Service fees

Based on the activity on your business accounts for the statement period ending 05/31/23, a Monthly Fee was charged for your primary Business Advantage Fundamentals Banking account. You can avoid the fee in the future by meeting one of the requirements below:

- ○ $250+ in new net purchases on a linked Business debit card
- ○ $5,000+ combined average monthly balance in linked business accounts
- ○ Become a member of Preferred Rewards for Business

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 06/01/23 | Monthly Fee Business Adv Fundamentals | -16.00 |

**Total service fees** — **-$16.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

### Did you know your business may have a credit score?

Check your business credit score for free and gain access to valuable information about your business's credit health. To learn more, visit **bankofamerica.com/BusinessCreditScore**.

Access to Dun & Bradstreet business credit score information in Business Advantage 360 is solely for educational purposes and available only to U.S. based Bank of America, N.A. Small Business clients with an open and active Small Business account, who have Dun & Bradstreet business credit scores and have properly enrolled to access this information through Business Advantage 360. Bank of America and other lenders may use other credit scores and additional information to make credit decisions.    SSM-12-22-0010.B  |  520539

LERAE TOWERS II LLC  |  Account # ████4835  |  June 1, 2023 to June 30, 2023

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 06/01 | 1,578.24 | 06/09 | 3,978.24 | 06/22 | 16,026.04 |
| 06/05 | 4,098.24 | 06/16 | 16,551.04 | 06/26 | 6,026.04 |

LERAE TOWERS II LLC  |  Account #        4835  |  June 1, 2023 to June 30, 2023

This page intentionally left blank

LERAE TOWERS II LLC   |   Account # ████ 4835   |   June 1, 2023 to June 30, 2023

This page intentionally left blank