**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

LERAE TOWERS II LLC
5614 CONNECTICUT AVE NW PMB 134
WASHINGTON, DC 20015-2604

**Business Advantage**

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Business Advantage Fundamentals™ Banking

for July 1, 2023 to July 31, 2023    Account number: 4835
**LERAE TOWERS II LLC**

### Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2023 | $6,026.04 | # of deposits/credits: 1 |
| Deposits and other credits | 7,913.00 | # of withdrawals/debits: 14 |
| Withdrawals and other debits | -2,359.31 | # of items-previous cycle[1]: 3 |
| Checks | -4,552.62 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $9,254.40 |
| **Ending balance on July 31, 2023** | **$7,027.11** | [1]Includes checks paid, deposited items and other debits |



**BUSINESS ADVANTAGE**

**Business and personal banking — wherever you go**

With the Mobile Banking app, you can stay on top of both your small business banking and personal accounts. Visit **bankofamerica.com/BizMobile** or scan the code to the right to download the app today.

When you use the QRC feature certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.    SSM-01-23-2572 B | 5422844

LERAE TOWERS II LLC  |  Account #         4835  |  July 1, 2023 to July 31, 2023

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# BANK OF AMERICA

**Your checking account**

LERAE TOWERS II LLC  |  Account # ▮▮▮▮ 4835  |  July 1, 2023 to July 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 07/06/23 | GREATER WASHINGT DES:RENTAL PAY ID:XXXXXXXXX  INDN:LERAE TOWERS II LLC    CO ID:1530208981 CCD | 7,913.00 |
| **Total deposits and other credits** | | **$7,913.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| Card account # XXXX XXXX XXXX 7997 | | |
| 07/17/23 | CHECKCARD  0714 MCDONALD'S F21075 BETHESDA    MD 24427333195720216712461 CKCD 5814 XXXXXXXXXXXX7997 XXXX XXXX XXXX 7997 | -28.35 |
| 07/17/23 | CHECKCARD  0714 CVS/PHARMACY #01346 WASHINGTON   DC 24137463196001601633330 CKCD 5912 XXXXXXXXXXXX7997 XXXX XXXX XXXX 7997 | -72.15 |
| 07/19/23 | CHECKCARD  0719 CVS/PHARMACY # BETHESDA    MD CKCD 5912 XXXXXXXXXXXX7997 XXXX XXXX XXXX 7997 | -35.03 |
| 07/21/23 | CHECKCARD  0720 LOUIS VUITTON ESERVICE 866-884-8866 NY 24941683201083313093468 CKCD 5631 XXXXXXXXXXXX7997 XXXX XXXX XXXX 7997 | -1,022.90 |
| 07/21/23 | BKOFAMERICA ATM 07/21 #000009343 WITHDRWL FRIENDSHIP HEIGHTS WASHINGTON    DC | -1,000.00 |
| 07/26/23 | CHECKCARD  0725 KAISER PH CAPITOL HILL WASHINGTON   DC 24431063207207280801951 CKCD 5912 XXXXXXXXXXXX7997 XXXX XXXX XXXX 7997 | -39.32 |
| 07/26/23 | CHECKCARD  0725 BLOOMINGDALES  CHEVY CH CHEVY CHASE  MD 24445733207600116279024 CKCD 5311 XXXXXXXXXXXX7997 XXXX XXXX XXXX 7997 | -161.56 |
| **Subtotal for card account # XXXX XXXX XXXX 7997** | | **-$2,359.31** |
| **Total withdrawals and other debits** | | **-$2,359.31** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 07/14/23 | 1022 | -869.27 | 07/18/23 | 1026 | -120.00 |
| 07/13/23 | 1023 | -390.00 | 07/14/23 | 1027 | -2,856.50 |
| 07/14/23 | 1024 | -100.00 | 07/24/23 | 1028 | -166.85 |
| 07/13/23 | 1025 | -50.00 | | | |
| | | | **Total checks** | | **-$4,552.62** |
| | | | **Total # of checks** | | **7** |

---

BUSINESS ADVANTAGE

## We see the importance of your business

At Bank of America, we are grateful that you have chosen us for your everyday banking needs and are here for you with tools, resources and expertise you can count on for continued financial growth.

To learn more about how we can serve you, visit **bankofamerica.com/SmallBusiness**.

LERAE TOWERS II LLC | Account # ████4835 | July 1, 2023 to July 31, 2023

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 06/30/23. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ◯ $250+ in new net purchases on a linked Business debit card has not been met
- ✓ $5,000+ combined average monthly balance in linked business accounts has been met
- ◯ Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 07/01 | 6,026.04 | 07/17 | 9,572.77 | 07/21 | 7,394.84 |
| 07/06 | 13,939.04 | 07/18 | 9,452.77 | 07/24 | 7,227.99 |
| 07/13 | 13,499.04 | 07/19 | 9,417.74 | 07/26 | 7,027.11 |
| 07/14 | 9,673.27 | | | | |

Exhibit bank account statement    Page 5 of 6

LERAE TOWERS II LLC  |  Account # ▮▮▮▮4835  |  July 1, 2023 to July 31, 2023

This page intentionally left blank

LERAE TOWERS II LLC  |  Account ████████4835  |  July 1, 2023 to July 31, 2023

This page intentionally left blank